John Paul TURNER, Plaintiff–
Appellant,

v.

JUDGES, UNITED STATES DISTRICT COURT, Western District of Virginia, Defendants–Appellees.

No. 01–1660.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

John Paul Turner, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John Paul Turner appeals the district court's order denying his motion for leave to proceed in forma pauperis. The district court denied the motion because Turner failed to comply with the terms of a prefiling injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Turner v. Judges,* No. MISC–01–21–7 (W.D.Va. filed May 9, 2001; entered May

10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*